IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKASAS
TEXARKANA DIVISION

LEMUEL ROBERT HALL                                        PLAINTIFF

VS.                          CASE NO. 10-CV-4005

JOHN F. STROUD, III                                      DEFENDANT

## **ORDER**

     Before the Court is a Report and Recommendation filed on February 4, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 6). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

     Accordingly, the Court finds that Plaintiff Lemuel Robert Hall's Complaint should be and hereby is dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

     IT IS SO ORDERED, this 4th day of March, 2010.

                                                                    /s/Harry F. Barnes
                                                                   Hon. Harry F. Barnes
                                                                   United States District Judge